No. 73–7093. MILLER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–7094. WILSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 74–127. MARYLAND-NATIONAL CAPITAL PARK AND PLANNING COMMISSION ET AL. v. SIMON, SECRETARY OF THE TREASURY, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 74–145. BRAINERD v. BEAL ET AL. C. A. 7th Cir. Certiorari denied.

No. 74–191. MARKHAM ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–223. HASTY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–258. YOUNG ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 74–279. MIRELEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–280. BRAMBLE v. SAXBE, ATTORNEY GENERAL, ET AL. C. A. 10th Cir. Certiorari denied.

No. 74–281. VOWTERAS ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 74–340. MALONE v. UNITED STATES. Ct. Cl. Certiorari denied.